# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD. <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:21-cv-00105-JRG |

**PLAINTIFF SOLAS OLED LTD.'S
DESIGNATION OF LEAD ATTORNEY**

Plaintiff Solas OLED Ltd. ("Solas") hereby designates Marc A. Fenster as the lead attorney for Solas in the above-captioned matter.

Dated: May 9, 2022

Respectfully submitted,

*/s/ Marc A. Fenster*
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Jacob R. Buczko (CA SBN 269408)
Email: jbuczko@raklaw.com
James S. Tsuei (CA SBN 285530)
Email: jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
Email: cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Charles Everingham, IV
Texas State Bar No. 00787447
E-mail: ce@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF SOLAS OLED, LTD.**

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on May 9, 2022 with a copy of this document via the Court's ECF system and via electronic mail.

DATED: May 9, 2022                                                                  Respectfully submitted,

                                                                                                        By: /s/ *Philip X. Wang*
                                                                                                            Philip X. Wang