IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., § § § *Plaintiff*, § v. § § SAMSUNG ELECTRONICS CO., LTD.; § SAMSUNG ELECTRONICS AMERICA, § INC., § § *Defendant*. § | Case No. 2:21-CV-105-JRG-RSP |

### REPORT AND RECOMMENDATION

Before the Court is a motion for partial summary judgment to dismiss defendant Solas OLED Ltd.'s claim for pre-suit willful infringement filed by defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc ("Samsung"). Dkt. No. 110. In response, Solas "agree[d] to not assert in this case that Samsung willfully infringed the '767 patent before the filing of the original complaint (on March 22, 2021)." Dkt. No. 157. The parties dispute how best to dispose of Samsung's motion. Dkt. Nos. 244, 246. Nonetheless, Solas has notified the Court of its desire to withdraw the claim. Dkt. Nos. 157, 246. Further, the Joint Pretrial Order filed by both parties reiterates the same. Dkt. No. 257 p 11.

For these reasons, the Court finds that Samsung's motion, Dkt. No. 110, is rendered **MOOT** and that Solas is precluded from reasserting claims of pre-suit willful infringement.

A party's failure to file written objections to the findings, conclusions and recommendations contained in this report within 14 days bars that party from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions

accepted and adopted by the district court. Fed. R. Civ. P. 72(b)(2); *see also Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (*en banc*). Any objection to this Report and Recommendation must be filed in ECF under the event "Objection to Report and Recommendation [cv, respoth]" or it may not be considered by the District Judge.

**SIGNED this 10th day of May, 2022.**

                                                       ROY S. PAYNE
                                                      UNITED STATES MAGISTRATE JUDGE