IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., <br><br> *Plaintiff,* <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; <br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendant.* | § § § § § § § § § § § § Case No. 2:21-CV-00105-JRG-RSP |

## ORDER

For the reasons assigned during the May 12, 2022 pretrial conference, Plaintiff's Opposed Motion to Bifurcate Samsung's License Defense and Breach of Contract Counterclaim Based on the Neodron PLA (Dkt. No. **266**) is **GRANTED**. A separate trial on those issues will be scheduled after the trial of the infringement, validity and damages issues.

**SIGNED this 13th day of May, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE