# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD. | § § | |
| v. | § § | Case No. 2:21-CV-0105-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

## Final Pretrial Conference
## MAG. JUDGE ROY PAYNE PRESIDING
### May 31, 2022

**OPEN: 1:29 pm**                                                    **ADJOURN: 2:37 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Morgan Dixon |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Andrea Fair announced ready for plaintiff and introduced co-counsel. Travis Underwood announced ready for defendants and introduced co-counsel.

On the agenda today is to take up the objections to Defendants' exhibits, issues with certain witness, and certain motions in limine.

The parties will have 9 hours per side for evidence, 30 minutes per side for opening arguments and 40 minutes per side for closing arguments.

Andrea Fair addressed the Court regarding the issues with certain witnesses. Darin Snyder responded.

Philip Wang addressed the issue with Plaintiff's Motions in Limine Nos. 3 and 7. Nancy Schroeder and Mr. Snyder responded. The Court made rulings.

The Court then heard Defendants' objections to Plaintiff's exhibits. Nancy Schroeder argued for Samsung. Jacob Buczko argued for Solas. The Court made rulings.

The parties then argued Plaintiff's objections to Defendants' exhibits. Philip Wang argued for Solas. Brian Cook argued for Samsung. The Court made rulings.