**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

SOLAS OLED LTD.,                                                    §
                                                                                §
    Plaintiff,                                                      §
                                                                                §
v.                                                                              §    Case No. 2:21-CV-105-JRG-RSP
                                                                                §
SAMSUNG ELECTRONICS CO., LTD.                            §
AND SAMSUNG ELECTRONICS                                    §
AMERICA, INC.,                                                      §
                                                                                §
    Defendants.

## ORDER

Samsung Electronics Co., Ltd. and Samsung Electronics America (collectively "Samsung") previously filed a Motion for Partial Summary Judgement of No Pre-Suit Willful Infringement, Dkt. No. 110.  Magistrate Judge Payne entered a Report and Recommendation, Dkt. No. 290, recommending a finding that the motion is moot on account of Solas withdrawing the claim of pre-suit willful infringement.  Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Partial Summary Judgement of No Pre-Suit Willful Infringement, Dkt. No. 110, is **DENIED AS MOOT**.

    **So ORDERED and SIGNED this 2nd day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE