IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> *Defendants.* | Case No. 2:21-cv-00105-JRG-RSP |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Solas OLED, Ltd. ("Solas") and Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA")'s file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that all matters in controversy between the parties have been settled, in principle, and request the Court stay all unreached deadlines contained in the Court's Docket Control Order for thirty (30) days.

Dated: June 2, 2022  /s/ Andrea L. Fair

Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Neil A. Rubin (CA SBN 250761)
Email: nrubin@raklaw.com
James S. Tsuei (CA SBN 285530)
Email: jtsuei@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

T. John Ward, Jr.
TX State Bar No. 00794818
Claire Abernathy Henry
TX State Bar No. 24053063
Andrea L. Fair
TX State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas  75606
Telephone: 903-757-6400
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF, SOLAS OLED LTD.**

/s/ Melissa Smith by permission Andrea L. Fair
John Kappos (admitted pro hac vice)
jkappos@omm.com
Cameron Westin (admitted pro hac vice)
cwestin@omm.com
O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 923-6994

Ryan Yagura (TX #24075933)
ryagura@omm.com
Nicholas Whilt (admitted pro hac vice)
nwhilt@omm.com
Brian Cook (admitted pro hac vice)
bcook@omm.com
Nancy Lynn Schroeder (admitted pro hac vice)
nschroeder@omm.com
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Darin Snyder (admitted pro hac vice)
dsnyder@omm.com
Nathaniel Legum (admitted pro hac vice)
nlegum@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

D. Sean Trainor (admitted pro hac vice)
dstrainor@omm.com
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Laura Bayne Gore (admitted pro hac vice)
lgore@omm.com
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue

        Marshall, Texas 75670  
        Phone: (903) 934-8450  
        Fax: (903) 934-9257  

**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 2, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

        */s/ Andrea L. Fair*  
        Andrea L. Fair

## CERTIFICATE OF CONFERENCE

The Parties have complied with the meet and confer requirement in Local Rule CV-7(h) and the motion is submitted as agreed.

        */s/ Andrea L. Fair*  
        Andrea L. Fair